IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: SEAN M. & LISA PITT AKA LISA WEBB )
                                         )
                                         )
CHASE MANHATTAN MORTGAGE CORPORATION/    )
MORTGAGE ELECTRONIC REGISTRATION         )
SYSTEMS, INC.,                           )
                                         )
           Creditor,                     )
     vs.                                 ) CASE NO. 04B29807
                                         ) JUDGE BRUCE W. BLACK
SEAN M. & LISA PITT AKA LISA WEBB,       )
                            Debtor       )
                                         )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Chase Manhattan Mortgage Corporation/MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 15, 2007.

   a. Attorney's Fees              $250.00

   b. Escrow Shortage            $1,245.22

   c. Outstanding Fees & Costs   $1,211.72

   Total                         $2,706.94

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty

days of this notice, Chase Manhattan Mortgage Corporation/MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
Chase Manhattan Mortgage Corporation/MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088