```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 29807
   SEAN M PITT
   LISA PITT                                     CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3927    SSN XXX-XX-0796

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/11/04 and confirmed on 11/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  42025.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00           .00           .00
CHASE HOME FINANCE         MORTGAGE ARRE     24236.60           .00      24236.60
BANK ONE                   SECURED VEHIC      5359.82        492.46       5359.82
ILL DEPT OF EMPLOYMENT S   UNSECURED         NOT FILED          .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED         NOT FILED          .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED         NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          3254.50           .00       3254.50
COMPREHENSIVE WOMENS CTR   UNSECURED         NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR    UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          4385.92           .00       4385.92
ML MEDICAL BILLING         UNSECURED         NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED          .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED         NOT FILED          .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED          .00           .00
NAFS                       UNSECURED         NOT FILED          .00           .00
RISK MANAGEMENT ALTERNAT   UNSECURED         NOT FILED          .00           .00
TRI COUNTY ACCOUNTS        UNSECURED         NOT FILED          .00           .00
TRI COUNTY ACCOUNTS        UNSECURED         NOT FILED          .00           .00
WESCLEN MASTER ASSOCIATI   SECURED             384.75           .00         384.75
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
THE CHICAGO DEPT OF REVE   FILED LATE             .00           .00           .00
CHASE HOME FINANCE         COST OF COLLE       550.00           .00         550.00
       Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   29981.17        550.00      7640.42          .00      38171.59
```

```
PRINCIPAL PAID           29981.17         550.00        7640.42          .00     38171.59
INTEREST PAID              492.46            .00            .00          .00       492.46
TOTAL PAID               30473.63         550.00        7640.42          .00     38664.05
```

The Debtor's attorney, JOHN C RENZI                         , was allowed $   2200.00
and was paid $    700.00   direct and $   1500.00   through the plan.

The Trustee received $   1855.32 .

Refunds to the Debtor totaled $      5.63 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 08/19/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE